IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
BLUEFIELD DIVISION

TERESA WORRELL,

      Plaintiff,

v.                                            CIVIL ACTION NO. 1:19-CV-00498
                                              JUDGE: David A. Faber

DELTA EXPRESS SERVICES, INC.,
a North Carolina Corp., and its Employee,
Agent, Representative, and Driver,
RODERICK B. BILLINGSLEA,

      Defendants.

## Agreed Order Dismissing Plaintiff's Claims with Prejudice

On this day came Plaintiff, Teresa Worrell, by counsel, and Defendants, Delta Express Services, Inc. and Roderick B. Billingslea (collectively the "Parties"), by counsel, and respectfully inform this Court that all issues and disputes in the above-styled civil action have been compromised and settled. Pursuant to Rule 41 of the Federal Rules of Civil Procedure, the Parties jointly move this Honorable Court to dismiss, with prejudice, all of Plaintiff's claims asserted in this civil action. The Parties represent that each shall pay their own fees, costs and expenses incurred in presenting their claims and/or defenses.

The Court, being advised of the settlement and compromise of all claims by and among the same, does hereby ORDER, ADJUDGE and DECREE that Plaintiff's claims are DISMISSED WITH PREJUDICE and stricken from the docket.

The Clerk is directed to forward a copy of this Order to counsel of record.

ENTERED this _____ day _____, 2020.

                                                         _____
                                                         The Honorable David A. Faber

2

| Prepared and Submitted By: | Reviewed by: |
|---|---|
| /s/ Patrick C. Timony | /s/ William Flanigan |
| Stuart A. McMillan (WVSB #6352) | William Flanigan (WVSB 1217) |
| Patrick C. Timony (WVSB #11717) | THE FLANIGAN LAW FIRM |
| BOWLES RICE LLP | 1407 E. Main Street |
| 600 Quarrier Street | Princeton, West Virginia 24740 |
| Post Office Box 1386 | Telephone: (304) 487-2338 |
| Charleston, West Virginia 25325 | *Counsel for Plaintiff* |
| (304) 347-1100 | |
| *Counsel for Defendants* | |

2